PROB 12
REVISED (05/90)

PROB 12
REVISED (05/90)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 MAY 16 AM 9: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. <u>Karen E. Gordon</u>                                                    Docket No. <u>2:01CR20238-001</u>

### Petition on Probation and Supervised Release

**COMES NOW** <u>Johnetta Norman</u> **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Karen E. Gordon</u>, who was placed on supervision by the Honorable <u>Julia Smith Gibbons</u> sitting in the Court at <u>Memphis, Tennessee</u>, on the 17th day of <u>May, 2002</u>, who fixed the period of supervision at <u>three (3) years*</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall provide full financial disclosure and participate in financial counseling as directed by the Probation Office.
2. The defendant shall submit to mental health testing and treatment as directed by the Probation Office.
3. Third party risk notification as directed by the Probation Officer.
4. The defendant shall pay restitution in the amount of $39,990.00. (Balance: $33,555.52)
4. The defendant shall participate in the Home Detention Program for a period of six (6) months. {On February 27, 2003, the defendant appeared before Judge Samuel H. Mays, Jr., and pled guilty to violating the terms of her Supervised Release due to non-compliance with the conditions of Home Confinement. The defendant was continued on Supervised Release and Home Confinement was re-commenced}.

\*       Supervised Release began: May 17, 2002

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Karen E. Gordon has not satisfied her restitution obligation. She made consistent payments of One Hundred Dollars ($100.00) monthly, however, due to the amount owed as well as her limited income, she was unable to complete payment of the debt. She has entered into an agreement with the United States Attorney's Office to continue her One Hundred Dollar ($100.00) monthly payments.

**PRAYING THAT THE COURT WILL ORDER** that Ms. Gordon be allowed to complete supervision as scheduled on May 16, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of restitution..

**ORDER OF COURT**

Considered and ordered this 13th day of May, 2005, and ordered filed and made a part of the record in the above case.

_____
United States District Judge

Respectfully,

_Johnetta Norman_
Johnetta Norman, Supervising
United States Probation Officer

Place: <u>Memphis, Tennessee</u>

Date: <u>May 12, 2005</u>

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:01-CR-20238 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT